AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**Carlos A. Greene**
PDID: xxx-xxx
DOB: xx/xx/85

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 18, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Davis Industries Derringer .22 caliber  handgun and ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __**DETECTIVE NETTIE WATTS**__ and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE NETTIE WATTS**
**UNITED STATES CAPITOL POLICE**

Sworn to before me and subscribed in my presence,

_____ at   __Washington, D.C.__
Date                                                                          City and State

_____       _____
**Name & Title of Judicial Officer**                           **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On September 18, 2006, at approximately 7:45 am, defendant Carlos A. Greene rammed a Capitol Police official vehicle with a rental vehicle and unlawfully drove onto the grounds of the U.S. Capitol. In so doing, defendant then crashed into a concrete barrier and bailed out of the car. He then ran into a construction entrance on the east side of the Rotunda. Defendant ran up a spiral staircase to the second floor, breaching the security of the building and ran down to the basement level of the U.S. Capitol. United States Capitol police stopped defendant and placed him under arrest. In a search incident to arrest, officers recovered from defendant's pocket a loaded Davis Industries Derringer .22 caliber handgun. This two-shot gun was loaded with one spent round and one live round of .22 cal ammunition. Police also recovered from his person several white rock-like substances that field tested positive for crack cocaine. To the best of the undersigned officer's knowledge, defendant Carlos A. Greene has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the D.C. Superior Court Criminal Case No. 2004-FEL6383-04. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crimes. She wrote her initials on the computer print-outs that she reviewed, so that she would recognize it again in the future. To the best of this officer's knowledge, there are no Davis Industries Derringer .22 cal handguns nor ammunition manufactured in the District of Columbia.

                                                      _____
                                                      DETECTIVE NETTIE WATTS
                                                      U.S. CAPITOL POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF SEPTEMBER 2006.

                                                      _____
                                                      U.S. MAGISTRATE JUDGE