UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  06-0402M-01 (CR) |
| | : | |
| **CARLOS A. GREENE,** | : | VIOLATIONS: 50 D.C. Code § 2201 |
| **Defendant.** | : | (Fleeing a Law Enforcement Officer); |
| | : | 18 U.S.C. § 1361 |
| | : | (Destruction of Government Property); |
| | : | 18 U.S.C. §111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding Certain |
| | : | Officers or Employees); |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 40 U.S.C. § 5104(e)(1) |
| | : | (Possession of a Gun on Capitol Grounds or |
| | : | Buildings) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, knowingly failed or refused to bring the motor vehicle he was operating to an immediate stop, or fled

or attempted to elude law enforcement officers and while doing so, drove said motor vehicle in a manner that would constitute reckless driving or that caused property damage.

    (**Fleeing a Law Enforcement Officer**, in violation of Title 50, District of Columbia Code, Section 2201.4(b) and 2201(b)(2))

## COUNT TWO

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, wilfully and by means of a vehicle, did injure property of the United States, that is, a fence, thereby causing damage to such property in excess of $100.00.

    (**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT THREE

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, wilfully and by means of a vehicle, did injure property of the United States, that is, a stone wall, thereby causing damage to such property in excess of $100.00.

    (**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT FOUR

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States government, while engaged in or on account of the performance of that officer's official duties.

    (**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT FIVE

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. 2004FEL6383, did unlawfully and knowingly receive and possess a firearm, that is, a Davis Industries Derringer .22 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT SEVEN

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is,

Count Six of this Indictment which is incorporated herein, a firearm, that is, a Davis Industries Derringer .22 caliber handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT EIGHT

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, did carry on or have readily accessible, a firearm, that is, Davis Industries Derringer .22 caliber handgun, on the United States Capitol Grounds or in any of the Capitol Buildings.

(**Possession of a Gun on Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.