## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-312(JR) |
| ) | |
| v. ) | **FILED** |
| ) | |
| CARLOS A. GREENE ) | NOV 0 6 2006 |
| ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Defendant's oral Motion for an order transferring him from the Central Detention Facility to the Central Treatment Facility (CTF), it is hereby

**ORDERED** that defendant's motion is GRANTED; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Carlos Greene ( ) from the Central Detention Facility (the D.C. Jail) to the Correctional Treatment Facility (CCA) pending further proceedings.

**SO ORDERED**

November 6, 2006
Date

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

cc: D.C. Jail Records
Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Angela George
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

