UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS A. GREENE )<br>) | Criminal No.: 06-312(JR) |

**DEFENDANT'S UNOPPOSED MOTION TO TOLL**
**TIME UNDER THE SPEEDY TRIAL ACT**

    Carlos A. Greene, through undersigned counsel, respectfully moves the Court to toll the running of time under 18 U.S.C. § 3161, the "Speedy Trial Act", and pursuant to 18 U.S.C. § 4241(a) to order his transfer to FCI Butner for a comprehensive mental health evaluation.

    In support of the Motion, undersigned counsel states:

    1.    Mr. Greene is before the Court pending trial which is scheduled for Friday, December 15, 2006. Mr. Greene has been charged in a multi-count indictment relating to the events that transpired inside the Capitol Building and the Capitol Grounds on the morning of September 18, 2006.

    2.    On November 13 and 14, 2006 the parties appeared before the Court to update the Court on the status and direction of the case. During the two hearings issues and concerns regarding Mr. Greene's mental health and request for a speedy trial were discussed at the length. In response to the Court's two critical questions regarding Mr. Greene's mental health status and his request for a speedy trial, undersigned counsel indicated that Mr. Greene was competent and that he did not want to toll the Speedy Trial clock. Accordingly, the Court scheduled trial for December 15, 2006 in order to comply with Mr. Greene's desire to proceed to trial within the statutory time frame of 18

U.S.C. § 3161.

3. After the hearing was adjourned undersigned counsel had an extensive conversation with Mr. Greene concerning the matters that were addressed in the two hearings, specifically on the issue of a transfer to FCI Butner, North Carolina and his request to proceed to trial on December 15, 2006. The two paramount issues that were addressed before the Court were the same ones that Mr. Greene wanted to revisit. After a lengthy discussion Mr. Greene made it clear that he did want to toll the running of time under the Speedy Trial Act and that he did not want to proceed to trial on December 15, 2006. Additionally, Mr. Greene indicated that he did want to be transferred to Butner, North Carolina. He acknowledged that a transfer to Butner would result in his trial being postponed for a significant period of time.

4. The request for a transfer to FCI Butner is inconsistent with undersigned's representations to the Court regarding Mr. Greene's understanding of the legal proceeding pending against him and his ability and/or capacity to assist in his defense. However, the discussion that took place after the hearing convinces undersigned counsel that the issue of Mr. Greene's competency is more complex than initially surmised. The complexity of the issue is borne out by the contradictory positions that undersigned forwarded in court in response to Mr. Greene's instructions. Moreover, Mr. Greene's contradictory and abrupt requests give undersigned counsel serious reservations regarding Mr. Greene's ability and capacity to assist in his defense.

5. Accordingly, undersigned counsel moves the Court to grant the request to toll the running of time under the Speedy Trial Act until the date when Mr. Greene returns from FCI Butner and the receipt of a report pursuant to 18 U.S.C. § 4247.

6. Today, Wednesday November 15, 2006 undersigned counsel met with Mr. Greene to discuss the substance and requests of the instant motion. Mr. Greene gave his consent to the filing

of the instant motion for the relief requested.

7.      Undersigned Counsel has spoken with Assistant United States Attorney, Perham Gorji, and he does not object to the instant motion.

Wherefore, for the foregoing reasons, Mr. Greene respectfully requests the Court to grant his Unopposed Motion to Toll the running of time under the Speedy Trial Act, to remove the case from the trial calendar and to order his transfer to FCI Butner, North Carolina for the a comprehensive mental health evaluation.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
(202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS A. GREENE )<br>) | Criminal No.: 06-312(JR) |

### ORDER

Upon consideration of the Defendant's Motion to Toll the running of time under the Speedy Trial Act under 18 U.S.C. § 3161, and that pursuant to 18 U.S.C. § 4241(a) he be transfer to FCI Butner for a comprehensive mental health evaluation, it is hereby,

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the running of time under the Speedy Trial Act is hereby tolled;

**FURTHER ORDERED** that pursuant to 18 U.S.C. § 4241(a) the defendant is committed to custody for the Attorney General for a comprehensive mental health evaluation;

**SO ORDERED**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Perham Gorji
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530