FILED

NOV 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. Action No. 06-0312 (JR) |
| CARLOS A. GREENE, | : |
| Defendant. | : |

### ORDER

Upon consideration of representations made by defense counsel in open Court on November 17, 2006, and of recitations by the defendant that he is being administered medication that the Court is informed and believes is indicated for control of hallucinations, and upon further consideration of the alleged facts of the case before me, it is

**ORDERED** that pursuant to 18 U.S.C. § 4247(b), the defendant is committed to the custody of the Attorney General for 30 days, for psychiatric evaluation pursuant to 18 U.S.C. § 4241, the Court having reasonable cause to believe that he may presently be suffering from mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. A psychiatric or psychological report is to be prepared by the examiner designated

to conduct the psychiatric or psychological examination and filed with the Court pursuant to 18 U.S.C. § 4247(c).

                                                     _____
                                                         JAMES ROBERTSON
                                                 United States District Judge