**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal  No.: 06-312(JR)** |
| **v.** ) | |
| **CARLOS A. GREENE** ) | |

**DEFENDANT'S MOTION FOR A CRIMINAL HISTORY REPORT**
**AND SENTENCING GUIDELINE CALCULATION**

Defendant Carlos Greene, through undersigned counsel, respectfully submits the following

Motion requesting the Court to order the Probation Office to review and calculate Mr. Greene's

Criminal History in relation to the Government Plea offer.

In Support of the Motion undersigned counsel states:

1.      Mr. Greene is before the Court charged in an eight-count indictment with offenses

arising out of an incident that took place in the perimeter of the United States Capitol building and

inside the Capitol Building.  The incident took place on September 18, 2006.

2.      On November 13, 2006, Mr. Greene appeared before the Court for a Status Hearing.

During the hearing undersigned counsel orally moved the Court to order the Probation Office to

review and calculate Mr. Greene's criminal history and sentencing guideline calculation based on

the government plea offer.

3.      The government's standing offer requires Mr. Greene to enter a guilty plea to Count

Four (Assault on a Police Officer in violation of 18 U.S.C. § 111), Count Five (Possession of a

Firearm by a Person Previously Convicted of Felony in violation of 18 U.S.C. § 922(g)(1)), and

Count Six (Possession of 5 grams or more of Cocaine Base in violation of 21 U.S.C. § 841) of the

indictment.

    4.    In anticipation of the March 14, 2007 Status Conference, undersigned counsel

believes that the instant request would be helpful in providing Mr. Green with an accurate

understanding of his sentencing exposure pursuant to the plea agreement. With that information Mr.

Greene will be in a better position to make an informed decision regarding how he wants to proceed

with his case.

    Wherefore, undersigned counsel submits the attached ordered requesting the Court to order

the Probation Office to calculate Mr. Greene's Criminal History Category and guideline calculation

based on a guilty plea to counts four, five and six of the indictment.

                Respectfully submitted,

                A.J. Kramer
                Federal Public Defender

                _____/s/_____
                Carlos J. Vanegas
                Assistant Federal Public Defender
                625 Indiana Ave., N.W., Suite 550
                Washington, D.C.  20004
                (202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal  No.: 06-312(JR)** |
| **v.** | ) | |
| | ) | |
| **CARLOS A. GREENE** | ) | |
| | ) | |

## PROPOSED ORDER

Upon consideration of the defendant's Motion for the Probation Office to review and

calculate his Criminal History and Sentencing Guideline based on the Government's Plea Offer,

it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Probation Officer complete the Report by Monday

February 26, 2007.

**SO ORDERED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

United States Probation Office
333 Constitution Ave, NW
Federal District Courthouse
Washington, DC 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Perham Gorji
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530