UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal No.: 06-312(JR) |
| v. | ) | |
| | ) | |
| **CARLOS A. GREENE** | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO
AMEND MENTAL COMPETENCY ORDER**

Carlos A. Greene, through undersigned counsel, respectfully moves the Court to amend the mental competency order to include a request for Mr. Greene to be evaluated for criminal responsibility regarding the charged offenses on September 18, 2006.

In support of the Motion, undersigned counsel states:

1. Mr. Greene is before the Court charged in an eight count indictment relating to the events that transpired inside the Capitol Building and the Capitol Grounds on the morning of September 18, 2006.

2. On November 17, 2006 the parties appeared before the Court to update the Court on the status and direction of the case. During the hearing, issues and concerns regarding Mr. Greene's mental health and request for a speedy trial were discussed at the length. In response to the Court's questions and concerns regarding Mr. Greene's mental health status and his request for a new lawyer, the Court ordered that Mr. Greene be evaluated for mental competency pursuant to 18 U.S.C. § 4241. On November 21, 2006 the Court signed an order for Mr. Greene's transfer to Butner, North Carolina for a competency evaluation.

3.    Mr. Greene was finally transferred out of the District of Columbia on January 24, 2007. Mr. Greene is currently being evaluated at the Metropolitan Correction Center in New York City. Undersigned counsel has been in touch with Dr. Bill Ryan who is evaluating Mr. Greene. During Mr. Greene's initial appearance it was reported by the Pre-Trial officer that Mr. Greene tested positive for PCP and Cocaine Base ("crack cocaine"). In view of the presence of various drugs in Mr. Greene's body, undersigned counsel suggests that its in the best interest of Mr. Greene, the Court and the parties to have Mr. Greene evaluated for criminal responsibility. Dr. Ryan agreed that a criminal responsibility evaluation would be beneficial and that an amended order would allow him to proceed with the evaluation.

4.    Undersigned Counsel has spoken with Assistant United States Attorney, Perham Gorji, and he does not object to the instant motion.

Wherefore, for the foregoing reasons, Mr. Greene respectfully requests that the Court amend the competency order to include a request that Mr. Greene be evaluated for criminal responsibility regarding the charged events that took place on September 18, 2006.

>Respectfully submitted,
>A.J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>_____/s/_____
>Carlos J. Vanegas
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W.
>Washington, D.C. 20004
>(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No.: 06-312(JR)** |
| v. ) | |
| ) | |
| **CARLOS A. GREENE** ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of the defendant's Motion to Amend the Order for the Defendant's Competency Evaluation to include an evaluation for Criminal Responsibility, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Defendant Carlos A. Greene be evaluated for criminal responsibility in reference to the charged offenses of September 18, 2006.

**SO ORDERED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

Dr. Bill Ryan
Metropolitan Correction Center
150 Park Row
New York, New York 10007
Fax: 646-836-7712
Electronic Mail: nym7374@fbop.gov

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Perham Gorji, Abby Joy Stavitsky
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530