**FILED**

MAR 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS A. GREENE )<br>) | Criminal No.: 06-312(JR) |

**ORDER**

Upon consideration of the defendant's Motion to Amend the Order for the Defendant's Competency Evaluation to include an evaluation for Criminal Responsibility, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Defendant Carlos A. Greene be evaluated for criminal responsibility in reference to the charged offenses of September 18, 2006.

**SO ORDERED.**

2/28/07
DATE

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Dr. Bill Ryan
Metropolitan Correction Center
150 Park Row
New York, New York 10007
Fax: 646-836-7712
Electronic Mail: nym7374@fbop.gov

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Perham Gorji, Abby Joy Stavitsky
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530