UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-312 (JR) |
| | : | |
| v. | : | |
| | : | |
| **CARLOS A. GREENE,** | : | |
| | : | |
| Defendant. | : | Plea Hearing: July 19, 2007 |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXCLUSION
OF TIME UNDER THE SPEEDY TRIAL ACT**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves this Court to exclude 10 days from the calculation of time before which this matter must be brought to trial under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(A). As grounds for this motion, the Government states as follows:

  1. As noted on the record by counsel for the defendant, Brian K. McDaniel, Esq., at the status hearing held before this Court on July 9, 2007, the parties expect a disposition in this matter on July 19, 2007.

  2. Based on the foregoing, the Government submits that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

  3. Undersigned counsel has contacted Mr. McDaniel, and he does not oppose the Government's instant motion.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this Court enter an Order excluding from computation under the Speedy Trial Act a period of 10 days from July 9, 2007, through July 19, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

        _____
        AARON H. MENDELSOHN
        ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused a copy of the foregoing Motion for Exclusion of Time Under the Speedy Trial Act to be served upon counsel for the defendant, Brian K. McDaniel, Esq., on this 10th day of July, 2007.

        _____
        AARON H. MENDELSOHN
        ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-312 (JR) |
| | : | |
| v. | : | |
| | : | |
| **CARLOS A. GREENE,** | : | |
| | : | |
| Defendants. | : | Plea Hearing: July 19, 2007 |

## ORDER

Upon consideration of the government's unopposed motion for exclusion of time under the Speedy Trial Act, and the entire record in this case, the Court hereby makes the following findings:

1. Additional time is necessary for the parties to prepare for an expected disposition in this case, scheduled on July 19, 2007.

2. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

THEREFORE, it is this _____ day of July, 2007, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), a period of 10 days shall be excluded from the computation of time within which to commence trial.

_____
JAMES ROBERTSON
JUDGE, UNITED STATES DISTRICT COURT

Copies to:

Aaron H. Mendelsohn, Esq.
Assistant United States Attorney
555 4th Street, NW, Room 4239
Washington, DC 20530

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, NW, Suite 503
Washington DC 20036