## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 06-312 (JR)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS: 21 U.S.C. § 844(a)** |
| **CARLOS A. GREENE,** | : | **(Simple Possession of a Controlled** |
| | : | **Substance);** |
| **Defendant.** | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year);** |
| | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers or Employees)** |

## I N F O R M A T I O N

The United States informs the Court:

### COUNT ONE

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Sections 844(a))

### COUNT TWO

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. 2004FEL6383, did unlawfully and knowingly receive and possess a firearm, that is, a Davis Industries .22 caliber handgun, and did unlawfully and knowingly receive

and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1))

## COUNT THREE

On or about September 18, 2006, within the District of Columbia, **CARLOS A. GREENE**, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States government, while engaged in or on account of the performance of that officer's official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1))

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610


By: _____
AARON H. MENDELSOHN
Assistant United States Attorney
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519

2