

**FILED**

JUL 1*6* 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-312 (JR) |
| v. | : | |
| CARLOS A. GREENE, | : | |
| Defendants. | : | Plea Hearing: July 19, 2007 |

### ORDER

Upon consideration of the government's unopposed motion for exclusion of time under the Speedy Trial Act, and the entire record in this case, the Court hereby makes the following findings:

1. Additional time is necessary for the parties to prepare for an expected disposition in this case, scheduled on July 19, 2007.

2. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

THEREFORE, it is this _13th_ day of July, 2007, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), a period of 10 days shall be excluded from the computation of time within which to commence trial.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

Aaron H. Mendelsohn, Esq.
Assistant United States Attorney
555 4th Street, NW, Room 4239
Washington, DC 20530

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, NW, Suite 503
Washington DC 20036