**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    Criminal No: 06-312 (JR)

Carlos A. Groone
Defendant


**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO
FEDERAL RULE OF CRIMINAL PROCEDURE 11.**

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case.

**WAIVER OF RIGHT TO TRIAL BY JURY**

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury.

_____
Defendant's Signature


Consented to by the United States:

_____
Signature of Government Counsel

Aaron Mendelsohn (AUSA)
Printed Name and Title


**REPORT AND RECOMMENDATION**

On July 19, 2007, the defendant appeared before me and expressed his/her desire to plead guilty. Having made the inquiries required by FED. R. CRIM. P. 11, the undersigned concludes that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by pleading guilty. Accordingly, the undersigned recommends accepting defendant's plea of guilty.

_____
United States Magistrate Judge