**FILED**

JUL **1 9** 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 06-312 (JR) |
| | : | |
| v. | : | |
| | : | |
| CARLOS A. GREENE, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | Plea Hearing: July 19, 2007 |

## STATEMENT OF THE OFFENSE

The United States and Defendant CARLOS A. GREENE agree and stipulate as follows:

On September 18, 2006, at approximately 8:00 a.m., Defendant Carlos A. Greene drove a silver SUV through a United States Capitol Police security checkpoint without authorization and without stopping. The checkpoint was located at First Street and Maryland Avenue in Northeast, Washington, D.C. Defendant continued driving the SUV towards the United States Capitol building before bailing out of the vehicle and running up the steps towards the Capitol Rotunda. Defendant entered the Capitol building, bypassing security and ignoring orders to stop. Defendant proceeded through the Capitol building until he was stopped outside of the "Flag Office" by a civilian employee. Capitol Police officers arrived on the scene and attempted to apprehend Defendant. Defendant struggled with the officers and resisted arrest, at which time a small clear plastic bag containing fifteen brown rock-like substances fell from Defendant to the ground. These substances later field-tested positive for the presence of cocaine.

After the struggle, the officers were able to subdue Defendant and place him under arrest. A search incident to Defendant's arrest yielded a Davis Industries Derringer .22 caliber pistol loaded with two rounds of .22 caliber ammunition in Defendant's pants pocket. Defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C.

Superior Court Criminal Case No. 2004FEL6383 (Fleeing a Law Enforcement Officer, in violation of D.C. Code Section 50-2201.05).

The DEA later conducted forensic analysis of the cocaine recovered from Defendant and confirmed the presence of cocaine base, also known as crack, which is smokeable or capable of being smoked, with a net weight of 9.9 grams and a concentration or purity of 76%.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____
AARON H. MENDELSOHN
ASSISTANT U.S. ATTORNEY

### DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of the Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, Brian K. McDaniel, Esq., I agree and stipulate to this Statement of the Offense.

Date: 7/19/07                    _____
                                 Carlos A. Greene
                                 Defendant

### ATTORNEY'S ACKNOWLEDGMENT

I have discussed this Statement of the Offense with my client, Mr. Greene. I concur with his decision to stipulate to this Statement of the Offense.

Date: 7/19/2007                  _____
                                 Brian K. McDaniel, Esq.
                                 Counsel for Defendant