Case 1:06-cr-00312-JR   Document 23   Filed 09/19/2007   Page 1 of 1

**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | *312* |
| vs. | ) | DOCKET NO.: 06-~~231~~-01 |
| | ) | |
| Carlos A. Greene | ) | |

## O R D E R

The U.S. Probation Office completed and disclosed the Presentence Report on August 24, 2007.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment

of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this _18th_ day of _September_, 20 _07_,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall

execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver

the same to the U.S. Probation Office.

_____
James Robertson
United States District Judge