IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. Case No. 06-231-01 (RWR) |
| | : | Sent Date: September 27, 2007 |
| CARLOS GREENE | : | The Honorable Jud. James Robertson |
| | : | |
| Defendant, | : | |

MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant, Mr. Carlos Greene, by and through his counsel Brian K. McDaniel and McDaniel & Asso. P.A. in requesting a continuance of the sentencing scheduled in the above captioned matter. .

1. On October 17, 2006, Mr. Greene was indicted by a federal grand jury for counts of Fleeing A Law Enforcement Officer, Counts 2 and 3, Destruction of Government Property, Count 4, Assaulting, Resisting, or Impeding Certain Officers or Employees, Count5, Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, Count 6, Unlawful Possession With Intent to Distribute 5 Grams or More of Cocaine Base, Count 7, Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense and Count 8 Possession of a Gun on Capitol Grounds or Building.

2. On July 19, 2007 Mr. Greene entered pleas of guilty to one count of Simple Possession of 5 Grams or More of Cocaine Base, one count Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year and one count of Assaulting, Resisting or Impeding Certain Officers or Employees.

3.     Subsequent to the disposition of these matters by plea, defense counsel had scheduled, three separate murder cases scheduled in and before the superior court for the District of Columbia. United States v. Lorenzo Woods (August 6, 2007), United States v. Gregory Bolden (September 4, 2007) and United States v. Joel Tillery (September 18, 2007).

4.     As a result of the aforementioned trial schedule, counsel has not been able to address all of the concerns noted by Mr. Greene prior to the sentencing date currently set. Mr. Greene, after reviewing the Pre-Sentence Investigation report, has taken issue with the calculation of the Criminal History computation contained therein.

5.     In addition, as outlined in the pre-sentence investigation report at paragraph 44, the United Sentencing Commission's proposed Amendments to the sentencing guidelines modifying the treatment of §2D1.1's cocaine base calculation will be clarified as of November 1, 2007. This amendment will have some material affect on the proposed guideline range for the underlying offense for which Mr. Greene now awaits sentencing.

6.     Counsel has discussed this matter with government counsel, Mr. Aaron H. Mendelson who represents that he opposes a continuance of this matter. This is the defendant's first request for a continuance of sentencing.

> Respectfully Submitted
>
> _____/s/_____
> Brian K. McDaniel, Esq.
> McDaniel & Asso. P.A.
> 1211 Connecticut Ave. N.W.
> Suite 506
> Washington, D.C. 20036
> Telephone (202) 331 – 0793
> Bkmassociates@aol.com
> Counsel for Defendant Greene