UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-312 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **CARLOS GREENE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jean Sexton, at telephone number (202) 305-1419 and/or email address Jean.sexton@usdoj.gov . Jean Sexton will substitute for Assistant United States Attorney Aaron Mendelsohn as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

---

    JEAN SEXTON
    Assistant United States Attorney
    Federal Major Crimes Section,
    555 4th Street, NW, Room 4235
    Washington, DC 20530
    (202) 305-1419
    Jean.Sexton@usdoj.gov