## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Cr. Case No.:CR-06-312-01 |
| CARLOS GREENE ) | |
| ) | The Hon. Judge Robertson |
| Defendant, ) | |
| _____) | |

### NOTICE OF APPEAL OF SENTENCE AND CONVICTION

Now comes the defendant in the above captioned matter, Mr. Carlos Greene, by and through his counsel of record, Brian K. McDaniel and McDaniel & Associates P.A. in noting his appeal of his sentence rendered in this case. Mr. Greene having been sentenced on November 8, 2007 notes this appeal within the time line proscribed by the Federal Rules of Criminal Procedure to both his conviction and his sentence.

Respectfully Submitted,

_____
Brian K. McDaniel
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331-0793
bkmassociates@aol.com
Counsel for Defendant Marcus Pinckney