FILED

NOV 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America

v.

Carlos Greene

November 8, 2007

CASE NO: 06-312-01

Your Honorable Judge, Mr James J. Robertson
The reason for this letter is to send the courts
a notice that I would like to appeal my sentence
of 70 months on 48 month supervise release that
I've received on November, 8, 07.
If possible could you all send me something
letting me know that I'm going to be able to
appeal and when. Thank you!

Submitted By,

Carlos Greene

11/28/07
Leave to file
Granted,
[signature]
JRDS