Copies to: Judge
AUSA – Special Proceedings
Dft.

CR06-312-JR

Leave to file granted.
*[signature]*
USDJ

Dear Your Honorable Judge:
James J. Robertson
8/6/07

CASE NO: 06-312 (JR)

How are you?

FILED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Well the purpose of this letter is to say a few things that are on my mind. First, I would like to apologize to everyone effected by my actions on Sept. 18. 06. Sir, I truly had no idea of what I was doing And I know that I'm Blessed to still be alive And to have my family Supporting me because what happend could have ended so many other ways! I'm so happy that this is the way that God choose. I cant wait to get started on my new begining so that I can show myself that I never should have used Drugs And how much of an effected Drugs have had on my life. Sir, Ive really been thanking about the plea agreement (7-9years) that I took And Im really hopeing that I don't get all that time (7years). Because I don't thank that I need 7 or 9 years in prison to change me or help me. I know that what I did was serious but I wasnt myself, I was under the influence of 3 diffrent drugs and trying to commite suicide even when I got locked up I was still teying to commit suicide It took medication and time to help me It has been a year and I still have been having thoughts of hurting myself because I feel like I'm not ever going to have a normal life Sometimes I wonder why my life has to be the way it is like

RECEIVED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

My Mother and father being seperated or my Ant's and uncle's never really coming around or why my mother had to use drugs and why my father wasnt never really in my life cause he never came home from work. My sister and brother raised me and they used drugs so eventually I started useing drugs at a young age Then I seemed to always get in trouble every where I went I got in trouble when I tried to stay away from trouble I found it any way. So after a while I gave up on life but I guess that its not my time to die. Ive been reading the Bible and it has opened my eyes to life I just need a new start. I know that I can do better so what Im trying to ask you for is a chance and some support. I know what I did comes with time plus I need time to work on myself befor I get into the real world agian cuz I dont want to make the same mistakes But 7 years is way more time the what I need I know that everyone has there own opionions so hopefully you and me feel the same way and you wont give me all that time (7 years). I feel that you or God would not give me more time then I can handle so hopefully Im perpared for the out come. Befor I go scene I didnt ask yet please dont give me 7 years sir, please.

Have a nice day

Sincerely,
Carlos Greene
8/6/07